IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH JAY RANEY, SR.,

    Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　Case No. 15-cv-782-wmc

UNITED STATES OF AMERICA,

    Respondent.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying Kenneth Jay Raney, Sr.'s motion to vacate sentence under 28 U.S.C. § 2255 and dismissing this case.

| /s/ | 6/2/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |